# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas L. Stemmons, | No. CV 07-01016 PHX NVW (MEA) |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Pending before the court is Plaintiff's Motion for Leave to File an Amended Complaint (doc. # 21). In the October 4, 2007 Report and Recommendation ("R&R") (doc. #25), Magistrate Judge Mark E. Aspey recommends that Plaintiff's motion to amend his complaint be denied. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 6 (citing 28 U.S.C. § 636(b)). Plaintiff has filed objections (doc. # 26).

The court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1    IT IS THEREFORE ORDERED that the Report and Recommendation of the
2  Magistrate Judge (doc. # 25) is accepted.
3    IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File an Amended
4  Complaint (doc. # 21) is denied.
5    DATED this 18th day of October 2007.

Neil V. Wake
United States District Judge